IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:19cr7-KDB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER CORRECTING |
| v. | ) | CLERICAL ERROR |
| | ) | |
| KENNETH LEE MCBRIDE | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Amend Order to Correct Clerical Error. (Doc. No. 35) ("Motion"). For the reasons set forth in the Motion, it is hereby **ORDERED** that the Consent Order and Judgment of Forfeiture (Doc. No. 31) is amended to state:

> **One Davis Industry, .380 handgun, serial number AP243019, and ammunition seized on or about May 25, 2018, during the investigation.**

Signed: October 31, 2019

Kenneth D. Bell
United States District Judge